AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Shane C. Buczek,   **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 10-CV-384 - T

v.

Constructive Statutory Trust et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, for the reasons stated in the Decision and Order (Dkt. No. 29) on the docket, the petition is dismissed.

Date: September 30, 2011                                          MICHAEL J. ROEMER,
                                                                                      CLERK OF COURT

                                                                                      By: s/Denise Collier
                                                                                             Deputy Clerk